IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC WORLD ENTERPRISES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-1474C<br>(Judge Bruggink) |

STIPULATION FOR ENTRY OF JUDGMENT

To settle all the claims asserted in the complaint, and to permit the entry of final judgment upon those claims, without constituting an admission of liability on the part of defendant, it is stipulated and agreed between the parties that:

1. On January 13, 1998, defendant, through the Defense Supply Center Philadelphia ("DSCP"), awarded plaintiff Contract No. SP0300-98-D-2946 ("the contract") to provide subsistence goods on Guam. The contract terminated on approximately March 23, 2001.

2. On May 10, 2002, plaintiff, pursuant to the Contract Disputes Act of 1978 ("CDA"), 41 U.S.C. § 601 et seq., submitted a certified claim for an equitable adjustment in the amount of $1,552,915.60 plus interest pursuant to the CDA.

3. On July 10, 2002, the DSCP contracting officer, pursuant to the CDA, issued a final decision stating that the DSCP would pay $30,992.90 for plaintiff's claim, however, this amount has not been paid.

4. On October 29, 2002, plaintiff filed this lawsuit challenging the contracting officer's final decision upon its certified claim.

5. Plaintiff has offered to settle each and all of its claims in this case in exchange for payment by the United States of $567,244.42, plus interest allowed pursuant to the CDA, 41 U.S.C. § 611 from May 10, 2002 until the date of payment, with each party to bear its own costs, expenses, and attorney fees. Payment is to be made to Hong Kong & Shanghai Banking Corporation Ltd. ("HSBC") pursuant to the assignment attached as Attachment "A."

6. Plaintiff's offer has been accepted on behalf of the Attorney General.

7. The United States consents to entry of judgment against the United States in favor of plaintiff as set out in paragraph 5.

8. Upon entry of judgment, plaintiff and HSBC each releases, waives, and abandons all claims against the United States of America, its political sub-divisions, its officers, agents, or employees, arising out of or related to the contract or otherwise involved in this case, regardless of whether they were included in the complaint, including, but not limited to, all claims for costs, expenses, attorney fees, compensatory damages, and exemplary damages.

9. This stipulation for entry of judgment is in no way related to or concerned with income or other taxes for which plaintiff is now liable or may become liable in the future as a result of this stipulation or as a result of entry of a final judgment.

10. Plaintiff and HSBC each warrant and represent that no other action or suit with respect to their claims against defendant under, or relating to, the contract, are pending against defendant or will be filed in or submitted to any other court, administrative agency, or legislative body, including, but not limited to, the General Accounting Office.

11. Plaintiff and HSBC each further warrant and represent that they have made no

assignment or transfer of all or any part of their rights arising out of or relating to the claims involved in this case except as set forth in Attachment "A." Should there be now, or in the future, any violation of these warranties and representations, plaintiff and HSBC shall be jointly and severally liable to promptly refund to defendant all monies paid herein together with interest thereon at the rate provided in 41 U.S.C. § 611 and computed from the date the United States made payment to HSBC.

12. This stipulation for entry of judgment is for the purposes of settling this case and permitting entry of final judgment, and for no other purpose. Accordingly, this stipulation shall not bind the parties, nor shall it be cited or otherwise referred to, in any other proceedings, whether judicial or administrative in nature, in which the parties or counsel for the parties have or may acquire an interest, except as is necessary to effect the terms of this stipulation.

13. Plaintiff's counsel represents that he has been and is authorized to enter into this stipulation on behalf of plaintiff and HSBC.

14. This document constitutes a complete integration of the stipulation between the parties and supersedes any and all prior oral or written representations, understandings or agreements among or between them.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director
Authorized Representative
of the Attorney General

MICHAEL K. LOVE
Hunton & Williams
1900 K Street, N.W.
Washington, D.C. 20006-1109
Tele: (202) 955-1500

Attorneys for Plaintiff
Good World Investment Co. Ltd.
d/b/a Pacific World Enterprises
and Hong Kong & Shanghai
Bank Corporation Ltd.

Dated: September 11, 2003

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street N.W., 8th Floor
Tele: (202) 307-0277

Attorneys for Defendant

Dated: September 11, 2003

OF COUNSEL:

GALE FURMAN
Trial Attorney
DSCP-G
700 Robbins Avenue
Building 36, 3rd floor
Philadelphia, PA 19111

COMMANDER EDWARD J. LYNCH
Force Judge Advocate
Commander U.S. Naval Forces Marianas
PSC 455, Box 152
FPO: AP 96540-1000

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 11th day of September 2003, I caused to be served by U.S. Mail a copy of "STIPULATION FOR ENTRY OF JUDGMENT" addressed as follows:

MICHAEL K. LOVE
Hunton & Williams
1900 K Street, N.W.
Washington, D.C. 20006-1109

John H. Williams

# ATTACHMENT

15-Feb-01 16:58 From-HSBC,GUAM OFFICE 6463767 T-187 P.01/06 F-182

Fax: 472-4290

From: HSBC

Tom, please quickly go over it see if this worth something! Laurence 2/15/01

ASSIGNMENT OF MONIES DUE AND TO
BECOME DUE UNDER A U.S. GOVERNMENT CONTRACT

WHEREAS, GOOD WORLD INVESTMENT CO., LTD, dba PACIFIC WORLD ENTERPRISES, a corporation authorized to transact business in the Territory of Guam (herein called the "Assignor") has entered into an agreement with the United States of America acting through the Defense Supply Center, evidenced by a certain contract dated January 13, 1998, known as Contract Number SP0300-98-D-2946, any letter of intent, letter of award, letter of acceptance of bid or proposal, informal or incomplete contract, order, authorization to commence performance or other similar instrument or communication made or received by the Assignor in anticipation of or in connection with said contract and any amendments thereof or supplements thereto (all collectively herein call the "Contract"); and

Total 5 page Faxed

WHEREAS, HONGKONG & SHANGHAI BANKING CORPORATION, LTD., a corporation authorized to conduct banking business in the Territory of Guam, (herein called the "Bank") requires that the payment to it of all indebtedness of the Assignor, direct, or indirect, absolute or contingent, due or to become due, now existing or hereafter arising (herein called "Bank Debt") be secured by the assignment to the Bank of all rights of the Assignor, now existing or hereafter arising, to monies due and to become due (herein called, respectively, "Accounts" and "Contract Rights") under the Contract and by other security as herein provided;

NOW, THEREFORE:

1. To secure the payment of Bank Debt, the Assignor hereby assigns and transfers to the Bank all Accounts and Contract Rights arising under the Contracts, the proceeds thereof and in any case where an Account arises from the sale of goods the interest of

RECEIVED
FEB 15 2001
KLEMM BLAIR STERLING & JOHNSON



30646-39

the Assignor in such goods and their products and proceeds; but no security interest in goods in favor of the Bank shall arise hereunder in any case where such interest would conflict with any title to or lien upon the goods in favor of the United States of America arising from progress, part or complete payment therefore.

2. The Assignor hereby authorizes and directs the United States of America to pay all Accounts arising under the Contract direct to the Bank by checks or other orders payable to the order of the Bank and irrevocably constitutes and appoints the Bank its true and lawful attorney, with full power of substitution, in its name or in the name of the Bank or otherwise, to ask, require and demand and to receive and give acquittance for any such payment and to endorse the name of the Assignor to any check, draft or other order for the payment of money payable to the Assignor received as such payment.

3. The Assignor agrees that if it shall receive any payment under the Contract, such payment shall be delivered forthwith to the Bank in the form received, and until so delivered the Assignor shall hold such payment in trust for the Bank and shall not commingle it with other funds or property of the Assignor.

4. The Assignor warrants that it is the lawful owner of all rights under the Contract, that it has good right to assign the same and that the same are free from any lien or other security interest and agrees that it shall defend the same against the claims and demands of all persons.

5. The Assignor agrees to furnish to the Bank copies of all invoices submitted to the United States of America for services rendered or goods sold and delivered

pursuant to the Contract and further agrees that it will execute and deliver all such further instruments and shall take such further action as the Bank may from time to time reasonably request in order to carry out the provisions and intent of this agreement.

6. This instrument is intended to take effect as a sealed instrument, shall be binding upon the Assignor, its successors and assigns, shall inure to the benefit of the Bank, its successors and assigns, and shall be construed in accordance with the laws of the Territory of Guam.

IN WITNESS WHEREOF, the Assignor has caused this instrument to be duly executed this 23 day of December, 1999.

GOOD WORLD INVESTMENT CO., LTD
dba PACIFIC WORLD ENTERPRISES

(Corporate Seal)

By: [signature]
Name: Edward MH Chiang
Title: President

ATTEST:

By: [signature]
Its Assistant Secretary

Title: Secretary/Treasurer

GUAM, U.S.A. )
) ss.
Municipality of Hagåtña )

On this 23 day of December, 1999, before me, a notary public in and for Guam, U.S.A., personally appeared Chiang Edward WH, known to me to be the person whose name is subscribed to the foregoing ASSIGNMENT OF MONIES DUE AND TO BECOME DUE UNDER A U.S. GOVERNMENT CONTRACT, and acknowledged to me that he/she signed it voluntarily for its stated purpose as President for GOOD WORLD INVESTMENT CO., LTD. dba PACIFIC WORLD ENTERPRISES, a corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

)SEAL(

[signature]

ANTOINETTE T. LEON GUERRERO
NOTARY PUBLIC
In and for the Territory of Guam
My commission expires July 16, 2001
P.O. Box 2638
Agana, GUAM 96932

# NOTICE OF ASSIGNMENT OF GOVERNMENT CONTRACT

29 2000

HSBC

TO: Defense Supply Center
Philadelphia
Attn: DSCP-HFOP
700 Robbins Ave.
Philadelphia, PA 19111

DATE: 12 June 2000

Re Contract Number SP0300-D-2946,
Dated January 13, 1998,
Entered into between
Good World Investment Co., Ltd, dba
Pacific World Enterprises.
Marine Drive Route 1, Dededo, Guam 96912
and the
United States of America
Defense Supply Center Philadelphia,
2800 South 20th Street
Philadelphia, PA 19145-5099
for Total Food Support for Ashore and
Ships' Customers in and around Guam

PLEASE TAKE NOTICE that moneys due or to become due under the contract described above have been assigned to the undersigned under the provisions of the Assignment of Claims Act of 1940 (54 Stat. 1029), as amended, 31 U.S.C. 3727, 41 U.S.C. 15.

A true copy of the instrument of assignment executed by the Contractor on December 23, 1999 is attached to the original hereof.

Payments due or to become due under such contract should be made to the undersigned assignee.

Please return to the undersigned the three enclosed copies of this notice with

appropriate notations showing the date and hour of receipt, and duly signed by the person acknowledging receipt on behalf of the addressee.

Very truly yours,

HONGKONG & SHANGHAI BANKING CORPORATION LTD.

By: [signature]
Name: Florence Celeste
Title: AVP-Corporate Banking
Address: P.O. Box 27-C
Hagatna, Guam 96932

ACKNOWLEDGMENT

Receipt is hereby acknowledged of the above notice and a copy of the above-mentioned instrument of assignment. They were received at the hour of 11 o'clock a .m. on 21 June ~~1999~~ 2000.

On behalf of: [signature]
Maryann DiMeo
Contracting officer
DSCP-HFOP
700 Robbins Ave.
Phila., Pa. 19111
(Name and Title of Addressee of Notice)

INCOMING MAIL
Dept: CAD
No: 000335
Date Rec'd: JUN 29 2000
Answered:
Initial: