# In the United States Court of Federal Claims

No. 02-1474C
(Filed: September 15, 2003)

* * * * * * * * * * * * * * * * * * * * * *

PACIFIC WORLD ENTERPRISES,

*Plaintiff,*

v.

THE UNITED STATES OF AMERICA,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER FOR ENTRY OF STIPULATED JUDGMENT

The court has received a Stipulation for Entry of Judgment, dated September 11, 2003, settling all claims asserted in the complaint (filed electronically). That stipulation is accepted and incorporated by reference as if set out fully herein. Accordingly, the Clerk is directed to enter judgment for plaintiff in accordance with the terms of the stipulation.

S/
ERIC G. BRUGGINK
Judge