# In the United States Court of Federal Claims

No. 02-1474C
(Filed: September 17, 2003)

* * * * * * * * * * * * * * * * * * * * * *

PACIFIC WORLD ENTERPRISES,

*Plaintiff,*

v.

THE UNITED STATES OF AMERICA,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

The court's September 15, 2003 Unpublished Order and Opinion, as well as the September 15, 2003 Judgment are vacated due to an incomplete signature in the order. The court's September 16, 2003 Unpublished Order and Opinion is also vacated.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge