# In the United States Court of Federal Claims

**No. 02-1474 C**

**PACIFIC WORLD ENTERPRISES,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed September 11, 2003, and the court's Order for Entry of Stipulated Judgment, filed September 17, 2003,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $567,244.42, plus interest allowed pursuant to the CDA, 41 U.S.C. Section 611, from May 10, 2002 until the date of payment, with each party to bear its own costs, expenses, and attorney fees. Payment is to be made to Hong Kong & Shanghai Banking Corporation Ltd. ("HSBC").

Brian Bishop
Acting Clerk of Court

**October 7, 2003** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $105.00.