United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

October 16, 2003

Michael K. Love, Esq.
Hunton & Williams
1900 K Street, NW
Suite 1200
Washington, DC 20006

In re: Pacific World Enterprises v. United States, No. 02-1474 C

Dear Mr. Love:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated October 7, 2003, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Acting Chief Deputy Clerk
for Operations

Enclosures

cc: John Hamilton Williamson, Esq.
Department of Justice